UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MICHAEL RAY HERBST,<br><br>     Plaintiff,<br><br>v.<br><br>CAROLYN W. COLVIN,<br>Commissioner of Social Security,<br><br>     Defendant. | No.   CV-12-5085-WFN<br><br>JUDGMENT IN A<br>CIVIL CASE |

**DECISION BY THE COURT:**

This action came to hearing before the court. The issues have been heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** that:

Plaintiff's Motion for Summary Judgment is **GRANTED**; Defendant's Motion for Summary Judgment is **DENIED**.    The matter is **REMANDED** for additional proceedings, and Judgment is entered for Plaintiff.

DATED: January 23, 2014

                                    SEAN F. McAVOY
                                    Clerk of Court

                                    By:  *s/Linda Emerson*
                                           Deputy Clerk

1 | **JUDGMENT IN A CIVIL CASE**